Exhibit F.

March 24, 2015 letter from Farm Bureau to Gregerson's



**FARM BUREAU FINANCIAL SERVICES**

March 24, 2015

Leonard and Patty Gregerson
13765 Lame Jonny Rd
Fairburn SD 57738

RE:    Named Insured:    Leonard and Patty Gregerson
        Policy Number:    7936007
        Claim Number:    A090314P00
        Date of Loss:    10-17-14

Dear Mr. and Mrs. Gregerson,

We received notification of a claim as a result of an incident which occurred on 17th day of October, 2014, in Meade County SD.

You were issued a policy of liability insurance policy, 7936007 by the Farm Bureau Property & Casualty Insurance Company of West Des Moines, Iowa, for the period of May 16, 2014 to May 16, 2015, and the above claim has been submitted to us for coverages under this policy. You policy has scheduled coverage for livestock in the amount of $1,812,100.00. This property is listed under the blanket coverage as scheduled by class.

Based upon the information you have given, and our supplemental investigation, this letter is to advise you that we hereby deny and disclaim coverage and contend that our policy does not apply to the circumstances of this incident.

The facts, as confirmed to date, indicate that you had turned your livestock over to a custom feeder and then notified us of a significant shortage upon the taking of an inventory on the date of the loss indicated above.

The Company also takes this opportunity to set forth its coverage position under the policy provisions. While the Company has attempted to be as accurate as possible in reproducing policy language, any typographical errors or differences are not intended to alter the intent of this letter or the terms of coverage provided

1

Page **2** of **8**
March 24, 2015
Leonard and Patty Gregerson

Your policy with us contains the following provisions:

*General Section*
*Insuring Agreement (PKSD.SGENL.1214)*
*In return for payment of the premium and subject to all the terms and conditions of the policy, we agree to provide the insurance described in this policy and summarized in the Declarations pages.*

*Definitions*
*Definitions Common to Entire Policy*
*Throughout your policy certain words or phrases are given exact meanings. The definition of we, us and our as well as the definition for you and your are given below.*

*Other words or phrases that are given exact meanings in the policy are shown with quotation marks whenever they are used. Each section of this policy has a glossary of these definitions, and additional definitions specific to a coverage may be provided at the module level. The following words and phrases are common to the entire policy*

*"Occurrence"*
*An accident, including continuous or repeated exposure to substantially the same general harmful conditions*

*"Property Damage"*
*Physical injury to or destruction of tangible property, including its loss of use. All such loss of use shall be considered to start at the time of the "occurrence" that caused the "property damage".*

*Reservation of Rights*
*No act in connection with the investigation of any loss or claim by our employees or representatives shall be considered a waiver of any defense which we might otherwise have with respect to any loss or claim. All such acts of investigation shall be considered to have been made without compromising the coverages as described in the policy. The act of investigation, by itself, is not intended to convey that coverage exists. As the facts become known, the policy language will determine if coverage exists or not for the loss, and all provisions under the policy are specifically reserved during our investigation.*

***********************************************************

*The below section will addresses the property section of the policy.*

*Property Section (PKSD.SPROP.0508)*

2

*This section, combined with the General Section and property modules, provides the property coverages you selected, as identified in the Declarations.*

*For each type of property you own or rent, you need specific property insurance protection. Dwellings, buildings, and other property are identified in the declarations. Personal property is insured on an unscheduled (blanket) basis, except for items you have chosen to schedule individually*

*Introduction*
*Your property coverages are determined by combining the terms and provisions of the General Section and Property Section with one or more of the following property modules:*

*F. Farm/Ranch Personal Property Module for farmers/ranchers, providing blanket coverage and/or scheduled coverage for personal property used in the "farm/ranch" operation.*

*Covered Causes Of Loss*
*The scheduled Personal Property Module includes a separate Cause of Loss Index applicable only to that module.*

*For the other modules (Dwelling; Mobile Home; Household Personal Property; Condo; Garages, Outbuildings and Other Structures; and Farm/Ranch Personal Property), the Declarations indicate whether property is insured for Named Causes of Loss or Special Causes of Loss.*

*Under your policy special perils for livestock will apply. Those perils, indicated in the policy are, "named 1-10, plus 30 and 31". These perils are shown below as:*

*Special Causes of Loss*
*When the Declarations indicate coverage for Special Causes of Loss, coverage is provided for accidental direct physical loss except as excluded*
*Named Causes Of Loss Index*
*A. When the Declarations indicate coverage for Named Causes of Loss, we insure your property as described in the Declarations for sudden and accidental direct physical loss "caused by" the Named Causes of Loss indicated by number in the Declarations. The Named Causes of Loss are shown below. The coverage provided is subject to the General Section Exclusions, the Additional Exclusions in this Property Section, and any applicable property module exclusions.*

*Named Causes of Loss*
*When the Declarations indicate coverage for Named Causes of Loss, coverage is provided for only the causes of loss identified by number in the Declarations. Refer to the Named Causes of Loss Index in this section.*

3

Page **4** of **8**
March 24, 2015
Leonard and Patty Gregerson

*1. Fire or Lightning*
*2. Explosion*
*3. Windstorm or Hail*
*4. Riot or Civil Commotion*
*5. Aircraft*
*6. Vehicles*
*7. Smoke*
*8. Volcanic Eruption*
*9. Vandalism or Malicious Mischief*
*10. Theft*
*We cover direct physical loss to or of covered property "caused by" theft or attempted theft. There is no coverage for:*
*g. Loss of "farm/ranch" personal property or "business" personal property by losing, misplacing, mysterious disappearance or where the only evidence of loss is a shortage disclosed upon taking inventory.*

*Market Losses*
*There is no coverage for loss to household personal property, "farm/ranch" personal property or "business" personal property "arising out of" delay, loss of use or loss of market.*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


==Farm/Ranch Personal Property Module==  *(PKSD.MFRPP.0508)*

==This module is part of the Property Section.==
==The provisions in this module, combined with the provisions in the General Section and Property Section provide the farm/ranch personal property coverages you selected.==

*Farm/Ranch Personal Property Coverages*
*You have the following coverages only if they are indicated in the Declarations.*

*We cover "farm/ranch" personal property used in the operation of your "farm/ranch" for the causes of loss indicated in the Declarations under Blanket Farm/Ranch Personal Property Coverage or Scheduled*

*Farm/Ranch Personal Property Coverage.*
*Farm/Ranch Personal Property Coverages apply when the covered property is on or temporarily away from the "insured premises."*

*Named Causes Of Loss*

4

Gregerson - 000067

Page **5** of **8**
March 24, 2015
Leonard and Patty Gregerson

*When identified by number in the Declarations, the following causes of loss apply to
property covered under this module in addition to the Named Causes of Loss in the
Property Section.*

*30. Collision*
*We cover accidental direct physical loss to covered "farm/ranch" personal property
"caused by" collision with another object or by upset.*
*There is no coverage for:*
*f. Loss to "livestock" "arising out of" collision involving any vehicle owned or operated
by any "insured," employee or resident of the "insured premises." We do cover loss to
"livestock" "caused by" upset or collision of such vehicles when transporting your
"livestock."*

*31. Loss to Livestock. We cover direct physical loss to covered "livestock" "caused by":*
*a. Accidental Shooting. We do not cover under this cause of loss shootings by any
"insured" or your employees or tenants;*
*b. Attack by Dogs or Wild Animals. We do not cover loss caused directly or indirectly by
fright or by dogs owned by any "insured";*
*c. Collapse, meaning collapse of buildings, bridges or culverts;*
*d. Drowning, from external causes, including flood, except for "livestock" under 15 days
old;*
*e. Electrocution; or*
*f. Loading or Unloading accidents resulting in their death and occurring while they are
being loaded or unloaded from vehicles other than contract carriers.*

*Special Causes Of Loss*

*When the Declarations indicate that Farm/Ranch Personal Property is insured for
Special Causes of Loss, the following additional provisions apply.*

*Livestock*
*If insured under this module, we cover "livestock" only for losses "caused by" the Named
Causes of Loss numbers 1 through 10, 30 and 31.(Shown above)*

*************************************************************

*Scheduled Personal Property Module (PKSD.MSCHP.0508)*   This form not listed in the 2014
declarations, nor even in the
*This module is part of the Property Section. The provisions in this* 2015 declarations
*the provisions in the General Section and Property Section provide the Scheduled
Personal Property Coverages you selected.*

*Scheduled Personal Property Coverage*

5

Page **6** of **8**
March 24, 2015
Leonard and Patty Gregerson

*You have the following coverage only for the personal property indicated in the Declarations.*

*We cover property owned by, rented or leased to you and described individually or by class in the Declarations under Scheduled Personal Property for the causes of loss indicated in the Causes of Loss Index in this module.*

*We also cover property of customers of your "business" if Business Customers' Property Coverage is indicated in the Declarations.*

*Coverage applies anywhere in the world, except as limited for Business Customers' Property Coverage.*

*If the description of the item(s) insured is not complete in the Declarations, reference will be made to a separate form that provides the complete description.*

*Causes Of Loss Index Scheduled Personal Property Module*
*We insure your property, other than animals, covered under this module, as indicated in the Declarations, for accidental direct physical loss except as excluded under the exceptions and limitations outlined below.*

*We insure animals covered under this module as indicated in the Declarations for the causes of loss indicated under Causes of Loss Applicable to Animals.*

*The coverage provided is subject to the General Section Exclusions and the Additional Exclusions in the Property Section.*

*Causes Of Loss Applicable To Animals*
*The causes of loss applicable to animals do not apply to animals insured under the Livestock Transportation and Farm Goods Transportation classes of property.*

*We cover animals insured under this module for accidental direct physical loss "caused by" Named Causes of Loss 1 through 10.*

*We also cover "livestock," elk, deer and ostriches insured under this module for accidental direct physical loss "caused by":*
*A. Collision With Another Object. We do not cover loss "arising out of collision involving any vehicle owned or operated by any "insured," employee or resident of the "insured premises." We do cover loss "caused by" upset or collision of such vehicles when transporting your animals.*
*B. Accidental Shooting. We do not cover shootings by any "insured" or your employees or tenants.*
*C. Attack by Dogs or Wild Animals. We do not cover loss caused directly or indirectly by fright or by dogs owned by any "insured."*
*D. "Collapse" Of Buildings, Bridges Or Culverts*

6

Gregerson - 000069

Page 7 of 8
March 24, 2015
Leonard and Patty Gregerson

E. Drowning From External Causes, Including Flood
F. Electrocution
G. Loading or Unloading accidents resulting in the animal's death and occurring while it
is being loaded
or unloaded from a vehicle.

Additional Exclusions Applicable To Animals
A. There is no coverage for loss to animals "arising out of":
5. Infidelity of your employees or other "persons" to whom your animals are entrusted;
6. Escape, mysterious disappearance, wrongful conversion, or embezzlement; or
7. Participation in any organized or sanctioned racing, pulling, pushing, rodeo or
stunting activities.

B. There is no coverage where the only evidence of loss is a shortage disclosed upon
taking inventory.

As indicated previously herein and now specifically again, no coverage is available to
you from the Policy for claims, or damages associated with those claims, which have
been previously addressed herein and identified as not being afforded coverage by the
Policy. Coverage is further rejected for any and all claims, allegations or damages
otherwise precluded from coverage because they do not meet the Policy's terms,
definitions, conditions or limitations or which are specifically excluded by the coverage
forms or endorsements.    The Company will not indemnify you for such claims,
allegations or damages.

The Company, by naming the specific grounds for this disclaimer of coverage, does not
waive any of its right or any of the other provisions or conditions of the above cited
policy of insurance, and specifically reserves all of its rights and remedies under the
policy and under the statutes and common law.


Presently, we can take no further action.  If additional information or evidence becomes
available to you, NOTIFY US IMMEDIATELY.  Upon such notification we will review
the matter once again to determine whether there will be any change in the above-stated
position regarding coverage under your policy for the claim(s) being made against you.


Respectfully submitted,



_____

James M. DeFea, CPCU, AIC, AIS
SD Business Center Claims Consultant

7

Gregerson - 000070

Page **8** of **8**
March 24, 2015
Leonard and Patty Gregerson

Farm Bureau Property and Casualty Insurance Company
3500 So Phillips Ave
Suite 247
Sioux Falls SD 57105
605-977-3485 (Office)

Enc: General Section, PKSD.SGENL.1214
Property Section, PKSD.SPROP.0508
Farm/Ranch Personal Property Module, PKSD.MFRPP.0508
Scheduled Personal Property Module, PKSD.MSCHP.0508

CC: Pamela Green, Farm Bureau Agent

Gregerson - 000071