Exhibit G.

September 2, 2016 letter from Dan Holloway to Farm Bureau

# ABOUREZK LAW FIRM

Mike Abourezk  
**Alicia D. Garcia  
‡Daniel E. Holloway  

**Also licensed in California  
‡Also licensed in New York  

P.O. BOX 9460  

RAPID CITY, SD 57709-9460  
(2020 W. OMAHA ST.)  
TEL: (605) 342-0097  
FAX: (605) 342-5170  

Charles Abourezk  
*Robin L. Zephier  

*Also licensed in Colorado  

September 2, 2016

**By US mail**

James M. DeFea  
SD Business Center Bodily Injury Specialist  
Farm Bureau Property and Casualty Insurance Company  
3500 South Philips Ave, Suite 247  
Sioux Falls, SD 57105  

Re:   *Leonard and Patty Gregerson, stolen-cattle claim; claim number A090314P00*

Dear Mr. DeFea,

I write on behalf of Leonard and Patty Gregerson. As you know, they submitted a claim for stolen cattle. Farm Bureau denied the claim.

I ask you to reconsider Farm Bureau's denial. Your letters of February 17 and March 24, 2015, recite certain policy language but doesn't say why the claim is invalid. Those letters do say the Gregersons notified Farm Bureau of a shortage upon taking inventory, but the letters don't say the company relies on that as a basis for denying the claim. I don't want to guess about that basis.

The Gregersons provided some additional facts in their letter of May 3, 2016. You then reiterated Farm Bureau's denial in your letter of May 20, 2016. But that letter again does not say why the claim is invalid.

I've reviewed the policy carefully, in conjunction with the facts. I've paid particular attention to the policy language quoted in your letters. But I find no basis for denying the claim on these facts.

Again, please reconsider Farm Bureau's denial. If the company continues to deny the claim, please at least explain why — explicitly.

Yours,

*/s/ Dan Holloway*

Gregerson - 000084