Exhibit K.

November 1, 2016 letter from Dan Holloway to Farm Bureau

# ABOUREZK LAW FIRM

Mike Abourezk  
**Alicia D. Garcia  
‡Daniel E. Holloway  

\*\*Also licensed in California  
‡Also licensed in New York

P.O. BOX 9460

RAPID CITY, SD 57709-9460  
(2020 W. OMAHA ST.)  
TEL: (605) 342-0097  
FAX: (605) 342-5170

Charles Abourezk  
\*Robin L. Zephier  

\*Also licensed in Colorado

November 1, 2016

**By US mail**

James M. DeFea  
SD Business Center Bodily Injury Specialist  
Farm Bureau Property and Casualty Insurance Company  
3500 South Philips Ave, Suite 247  
Sioux Falls, SD 57105

Re:   *Leonard and Patty Gregerson, stolen-cattle claim; claim number A090314P00*

Dear Mr. DeFea,

I'm writing again to ask that you tell me in writing the exact basis for denying Leonard and Patty Gregerson's claim. Again, feel free to reply by fax or email (dan@abourezk.com and chelsea@abourezk.com).

Thanks,

*Dan Holloway*

Dan Holloway

DH/cvw